# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ROBERT D. TYLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. |
| v. | ) |
| | ) 1:14-CV-02568-SCJ-AJB |
| KIA MOTORS MANUFACTURING | ) |
| GEORGIA, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) **CERTIFICATE OF SERVICE** |

I hereby certify that on this date, I served the foregoing DEFENDANT'S INITIAL DISCLOSURES on Plaintiff by placing a true and correct copy of same in the U.S. Mail with sufficient postage affixed thereto and addressed to Plaintiff's counsel of record as follows:

> Regina S. Molden
> Georgia Bar No. 515454
> rmolden@moldenholley.com
> MOLDEN & HOLLEY, LLC
> Peachtree Center – Harris Tower
> 233 Peachtree Street, N.E., Suite 1245
> Atlanta, GA 30303

Dated this 10th day of September, 2014.

3029471.1

CONSTANGY, BROOKS & SMITH, LLP

_____
W. JONATHAN MARTIN II
Georgia Bar No. 474590

577 Mulberry Street, Suite 710
P.O. Box 1975
Macon, GA  31202-1975
(478) 750-8600
(478) 750-8686 (facsimile)
jmartin@constangy.com

2