## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| Yolanda Zamora, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GAINESVILLE CITY SCHOOLS, | ) |
| MERRIANNE DYER, Superintendent, | ) |
| and JANET ALLISON, CFO, | ) |
| | ) |
| Defendants. | ) |

Civil Action File Number:
2:14-cv-21-WCO-JCF

_____

## NOTICE OF APPEARANCE OF TAYLOR J BENNETT

COMES NOW, Taylor J Bennett, of the law firm Molden & Holley, LLC,

and enters his appearance in this matter as additional counsel of record for Plaintiff

Yolanda Zamora.  Plaintiff requests that all future pleadings and notices to be

served upon Plaintiff include Taylor J Bennett, along with other counsel of record,

at the address set forth below:

> Molden & Holley, LLC
> Taylor J Bennett
> Peachtree Center – Harris Tower
> 233 Peachtree Street, N.E.
> Suite 1245
> Atlanta, Georgia 30303
> tbennett@moldenholley.com

This 13th day of October, 2014.

MOLDEN & HOLLEY, LLC

/s/ Taylor J Bennett__
Regina S. Molden
Georgia Bar No. 515454
Alec MacInnis
Georgia Bar No. 106163
Taylor J Bennett
Georgia Bar No. 106163
233 Peachtree Street N.E.
Suite 1245
Atlanta, Georgia 30303
Telephone:  404-324-4500
Facsimile:   404-324-4501
rmolden@moldenholley.com
tbennett@moldenholley.com

## <u>CERTIFICATE OF COMPLIANCE</u>

Counsel hereby certifies that this Notice of Appearance complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the Northern District of Georgia. Counsel hereby states that this Notice of Appearance has been typed in Times New Roman 14 point.

<u>/s/ Taylor J Bennett</u>
Taylor J Bennett
Georgia Bar No. 664063

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Yolanda Zamora, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action File Number: |
| | ) 2:14-cv-21-WCO-JCF |
| GAINESVILLE CITY SCHOOLS, | ) |
| MERRIANNE DYER, Superintendent, | ) |
| and JANET ALLISON, CFO, | ) |
| | ) |
| Defendants. | ) |

_____

## CERTIFICATE OF SERVICE

This will certify that I have this day caused to be served a copy of the within

and foregoing NOTICE OF APPEARANCE OF Taylor J Bennett with the Clerk of

the Court using the CM/ECF system, which will automatically send email

notification of such filing to the following attorneys of record:

> Hieu M. Nguyen
> Phillip Harley
> Harben, Hartley & Hawkins, LLP
> Suite 750, Wells Fargo Center
> 349 Jesse Jewell Parkway
> Gainesville, Georgia
> phartley@hhhlawyers.com
> hnguyen@hhhlawyers.com

<u>s/ Taylor J Bennett</u>
Taylor J Bennett
Georgia Bar No. 664063